IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICCI ANGELINE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMMUNITY EDUCATION | : | |
| CENTERS, INC., et al. | : | NO. 13-CV-3492 |

## O R D E R

AND NOW, this 10th day of February, 2014, IT IS HEREBY ORDERED that the defendants' motion to dismiss the amended complaint pursuant to Fed. R. Civ. P. 12(b)(6) (Dkt. # 22) is GRANTED in part, and DENIED in part.

1. The motion is denied as to Count I and Count III.

2. The motion is granted as to Count II.

3. Defendant Community Education Centers, Inc. is dismissed from this action.

4. The Clerk of Court shall amend the docket to reflect the correct name for the remaining defendant Tyrance Moore.

5. Sergeant Moore shall file an answer within 20 days.

BY THE COURT:

/s/ William Ditter Jr.
J. WILLIAM DITTER, JR., J.